Millennium Holdings LLC, Plaintiff, The Northern Assurance Company of America, Appellant, and Certain Underwriters at Lloyd's et al., Intervenors-Appellants, v The Glidden Company, Now Known as Akzo Nobel Paints, et al., Respondents.

Submitted November 16, 2015; decided November 18, 2015

Motion by United Policyholders for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Nancy Waldbaum Nimkoff, Respondent, v Ronald A. Nimkoff, Appellant.

Submitted August 17, 2015; decided November 18, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge Abdus-Salaam taking no part.

In the Matter of the Claim of Arlene K. Parris, Appellant. Commissioner of Labor, Respondent.

Decided November 18, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (see CPLR 5601).